IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-23728-JAD |
| | : | |
| David D. Ednie and | : | CHAPTER 13 |
| Loretta L. Ednie | : | |
|     Debtors | : | Filed Pursuant to Rule 1007-4 |
| | : | |
| Loretta L. Ednie, | : | |
|     Movant | : | |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Loretta L. Ednie,** hereby state as follows:

1. I am unemployed.

2. I currently do not receive income from any sources.

3. I was employed by Interim Health Care and I earned total wages of $4,680.00 through May 2016.

4. I have filed income tax returns for the years 2012 - 2015.

5. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: October 7, 2016
                                                                   /s/ **Loretta L. Ednie**
                                                                         **Loretta L. Ednie**
                                                                               Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 16-23728-JAD |
| | : | |
| David D. Ednie AND | : | Chapter 13 |
| Loretta L. Ednie | : | |
| Debtors | : | |
| | : | |

## PROOF OF INCOME

EDNIE, DAVID D. & LORETTA L.

**FRONT LINE FLAGGING, INC.**                                                                                    10841

Employee
David D Ednie, 612 Maple Street, PO Box 78, Merrittstown, PA 15463

SSN: ***-**-4654
Status (Fed/State): Married/Withhold
Pay Period: 09/25/2016 - 10/01/2016

Allowances/Extra
Fed-3/0/PA-0/0
Pay Date: 10/06/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Wellsite | 40:00 | 12.00 | 480.00 | 960.00 |
| Wellsite OT | 32:00 | 18.00 | 576.00 | 720.00 |
|  | 72:00 |  | 1,056.00 | 1,680.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -10.56 | -16.80 |
| Medicare Employee Addl Tax | 0.00 |  |
| Local Services Tax (LST) | -1.00 | -2.00 |
| Federal Withholding | -81.00 | -104.00 |
| Social Security Employee | -65.47 | -104.16 |
| Medicare Employee | -15.31 | -24.36 |
| PA - Withholding | -32.42 | -51.58 |
| PA - Unemployment Employee | -0.74 | -1.18 |
|  | -206.50 | -304.08 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| CB Radio Setup | 0.00 | -100.00 |

| Net Pay | 849.50 | 1,275.92 |

Front Line Flagging, Inc., 28 South Main Street, Ellsworth, PA 15331, P: 724-255-3754, F: 412-774-2337  --  EIN: 20-4630693

**FRONT LINE FLAGGING, INC.**                                                                                    10841

Employee
David D Ednie, 612 Maple Street, PO Box 78, Merrittstown, PA 15463

SSN: ***-**-4654
Status (Fed/State): Married/Withhold
Pay Period: 09/25/2016 - 10/01/2016

Allowances/Extra
Fed-3/0/PA-0/0
Pay Date: 10/06/2016

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Wellsite | 40:00 | 12.00 | 480.00 | 960.00 |
| Wellsite OT | 32:00 | 18.00 | 576.00 | 720.00 |
|  | 72:00 |  | 1,056.00 | 1,680.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Tax | -10.56 | -16.80 |
| Medicare Employee Addl Tax | 0.00 |  |
| Local Services Tax (LST) | -1.00 | -2.00 |
| Federal Withholding | -81.00 | -104.00 |
| Social Security Employee | -65.47 | -104.16 |
| Medicare Employee | -15.31 | -24.36 |
| PA - Withholding | -32.42 | -51.58 |
| PA - Unemployment Employee | -0.74 | -1.18 |
|  | -206.50 | -304.08 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| CB Radio Setup | 0.00 | -100.00 |

| Net Pay | 849.50 | 1,275.92 |

Front Line Flagging, Inc., 28 South Main Street, Ellsworth, PA 15331, P: 724-255-3754, F: 412-774-2337  --  EIN: 20-4630693

www.techchecks.net ORDER #    229447