**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

| | | |
|---|---|---|
| **David D. Ednie and** | : | **Case No. 16-23728-JAD** |
| **Loretta L. Ednie,** | : | |
|     **Debtors** | : | **Chapter 13** |
| | : | |
| **David D. Ednie,** | : | |
|     **Movant** | : | |
| **S. S. No. xxx-xx- 4654** | : | **Related to Doc. No. 18** |
| | : | |
|     **v.** | : | |
| **Front Line Flagging,** | : | **WO-1** |
|     **Respondent** | : | |
| | : | |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER**
**ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER**

I, Shaina Little, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 2, 2016, I served a copy of the above-captioned pleading and within **Wage Attachment Order** dated November 1, 2016 together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on:  November 2, 2016          /s/ Shaina Little
                                        Shaina Little, Paralegal
                                        McElrath Legal Holdings, LLC
                                        1641 Saw Mill Run Boulevard
                                        Pittsburgh, PA 15210
                                        slittle@mcelrathlaw.com
                                        Tel: 412.765.3606
                                        Fax: 412.765.1917

## MATRIX OF PARTIES SERVED

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

David D. Ednie
Loretta L. Ednie
PO Box 78
Merrittstown, PA 15463

Front Line Flagging
Attention: Payroll Administrator
28 South Main Street
Bentleyville, PA 15314