## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: _Ednie_____ (JAD)/TPA/CMB/GLT

Date of Meeting: _12/5/16_

Case Number: _16-23728_ Recording # ___17____

Debtor(s) present _✓_ or Not Present ___ (___ No Payments Made or ___ partial payments)

Attorney for debtor(s) _McElrath Mody_ (Present __✓_ or Not Present ____)

Date of Plan at § 341: ____10/20/16__ Applicable commitment period _✓_ 3 yrs ___ 5 yrs

FILED

2016 DEC -9 P 1:19

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

_X_ Meeting HELD and CONCLUDED

_____ Meeting HELD but CONTINUED (not closed)

_____ Meeting NOT HELD            _____ Order to Show Cause Requested

                                  _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim

_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)

_____ Trustee recommends dismissal of the case (Debtor does not consent)*

_____ Trustee recommends dismissal of the case (Debtor has no defense)

_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days

_X_ Continued to:

_____ 341 Meeting ___ OR _X_ Conciliation Conf. OR ___ *Contested Hearing

On _____2/03/17_____ at _1:00_ am/pm Location ___3250____

_Jana S. Pail_

Chapter 13 Trustee/Attorney for Trustee