UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| David D. Ednie and | : | Case No. 16-23728-JAD |
| Loretta L. Ednie, | : | Chapter 13 |
|     Debtors | : | |
| | : | Related to Doc. No. 48 |
| David D. Ednie, | : | |
| S. S. No. xxx-xx- 4654 | : | |
|     Movant | : | |
| | : | |
|     v. | : | |
| | : | |
| Front Line Flagging | : | |
| Ronda J. Winnecour, Esq., | : | |
| Chapter 13 Trustee | : | |
|     Respondents | : | |

## ORDER TO STOP PAYROLL DEDUCTION

AND NOW, this __3rd__ day of __January__, 2018, it is hereby ORDERED, ADJUDGED and DECREED that,

Front Line Flagging
Attention: Payroll Manager
28 South Main Street
Bentleyville, PA 15314

Is hereby ordered to immediately terminate the attachment of the wages of David D. Ednie, social security number xxx-xx-4654. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of David D. Ednie.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

BY THE COURT:

_____ jsf
Jeffery A. Deller
CHIEF U. S. BANKRUPTCY JUDGE

FILED
1/3/18 9:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-23728-JAD
David D. Ednie                                                            Chapter 13
Loretta L. Ednie
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam            Page 1 of 1                  Date Rcvd: Jan 03, 2018
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2018.
db/jdb         +David D. Ednie,    Loretta L. Ednie,    PO Box 78,    Merrittstown, PA 15463-0078

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor David D. Ednie ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Loretta L. Ednie ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6