**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| | : | Case No. 16-23728-JAD |
| David D. Ednie and | : | |
| Loretta L. Ednie, | : | Chapter 13 |
|     Debtors | : | |
| | : | Related to Doc. No. 63 |
| David D. Ednie, | : | |
| S. S. No. xxx-xx-4654 | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Keystone Clearwater Solution | : | |
|     Respondent | : | |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER
ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 18, 2018 I served a copy of the above-captioned pleading and within Wage Attachment Order dated together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on: September 18, 2018        /s/ Sharla Munroe
                                                                                   Sharla Munroe, Paralegal
                                                                                   McElrath Legal Holdings, LLC
                                                                                    1641 Saw Mill Run Boulevard
                                                                                     Pittsburgh, PA 15210
                                                                                   Tel: 412.765.3606
                                                                                   Fax: 412.765.1917

## MATRIX OF PARTIES SERVED

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

David D. and Loretta L. Ednie
PO Box 78
Merrittstown, PA 15463

Keystone Clearwater Solution
Attention Payroll Manager
601 Technology Drive Ste. 300
Canonsburg, PA 15317