Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David D. Ednie
Loretta L. Ednie**
  Debtor(s)

Bankruptcy Case No.: 16–23728–JAD

Chapter: 13
Docket No.: 68 – 67
Concil. Conf.: January 24, 2019 at 11:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **December 24, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **January 7, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **January 24, 2019** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 8, 2018                                                   Jeffery A. Deller
                                                                                  United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689−4002

```
                          United States Bankruptcy Court
                         Western District of Pennsylvania

In re:                                                         Case No. 16-23728-JAD
David D. Ednie                                                 Chapter 13
Loretta L. Ednie
       Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-2         User: jfur              Page 1 of 2              Date Rcvd: Nov 08, 2018
                             Form ID: 410            Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db/jdb         +David D. Ednie,   Loretta L. Ednie,    PO Box 78,   Merrittstown, PA 15463-0078
14313829       +Atlantic Broadband,   2200 Beale Avenue,   Altoona, PA 16601-1927
14313831       +Berkheimer,   50 North Seventh Street,   Bangor, PA 18013-1798
14313832       +Berkheimer,   41 Macek Drive,   Pittsburgh, PA 15227-3662
14300534      #+Colonial Acceptance Co,   312 Fallowfield Ave,   Charleroi, PA 15022-1405
14300537       +Credit Protection Asso,   13355 Noel Rd Ste 2100,   Dallas, TX 75240-6837
14361403       +H&R Block Bank,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
14313839       +Mon valley Hospital, Inc.,   1163 Country Club Road,   Monongahela, PA 15063-1095
14313840      ++NATIONWIDE INSURANCE,   SERVICE OF PROCESS TEAM,   THREE NATIONWIDE PLAZA,   MAIL CODE 3-11-310,
                 COLUMBUS OH 43215-2410
                (address filed with court: Nationwide Insurance,    1 Nationwide Plaza,   Columbus, OH 43215)
14300540      #+Penn Credit,   916 S 14th St,   Harrisburg, PA 17104-3425
14313843       +Progressive Insurance,   6300 Wilson Mills Rd,   Mayfield Village, OH 44143-2182
14300541      #+Security Credit Servic,   2653 W Oxford Loop,   Oxford, MS 38655-5442
14300542       +Trident Asst,   53 Perimeter Ctr E Ste 4,   Atlanta, GA 30346-2294
14313846       +Uniontown Hospital,   Financial Care Service,   500 West Berkley Street,
                 Uniontown, PA 15401-5514
14300543       +Usx Credit Union,   600 Grant St,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 02:37:51
                 PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 09 2018 02:37:21
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
14315430        E-mail/Text: ally@ebn.phinsolutions.com Nov 09 2018 02:30:28     Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
14300532       +E-mail/Text: ally@ebn.phinsolutions.com Nov 09 2018 02:30:28     Ally Financial,
                 200 Renaissance Ctr,   Detroit, MI 48243-1300
14343411        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2018 02:38:11
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
14328351       +E-mail/Text: bnc@atlasacq.com Nov 09 2018 02:30:32     Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
14300533       +E-mail/Text: aleasure@autotrakk.com Nov 09 2018 02:32:14     Autotrakk Llc,
                 1500 Sycamore Rd Ste 200,   Montoursville, PA 17754-9416
14300535       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 09 2018 02:30:50     Comenity Bank/bon Ton,
                 3100 Easton Square Pl,   Columbus, OH 43219-6232
14300536       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 09 2018 02:32:08     Credit Coll,
                 Po Box 607,   Norwood, MA 02062-0607
14313836       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 09 2018 02:37:53     Credit One Bank,
                 Po Box 98875,   Las Vegas, NV 89193-8875
14310615        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2018 02:38:34
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14300538       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2018 02:38:34     Lvnv Funding Llc,
                 Po Box 10497,   Greenville, SC 29603-0497
14706746        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 02:59:58
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
14300539       +E-mail/Text: bankruptcy@loanpacific.com Nov 09 2018 02:32:11     Pacific Union Financia,
                 1603 Lbj Fwy Ste 500,   Farmers Branch, TX 75234-6071
14313841       +E-mail/Text: bankruptcy@loanpacific.com Nov 09 2018 02:32:11     Pacific Union Financial,
                 1603 Lbj Fwy Ste 500,   Farmers Branch, TX 75234-6071
14368439       +E-mail/Text: bankruptcy@loanpacific.com Nov 09 2018 02:32:11     Pacific Union Financial, LLC,
                 1603 LBJ Freeway, Ste 500,   Farmers Branch, TX 75234-6071
14323136        E-mail/Text: bnc-quantum@quantum3group.com Nov 09 2018 02:30:55
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
14301278        E-mail/PDF: rmscedi@recoverycorp.com Nov 09 2018 02:37:53
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14300544       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 09 2018 02:30:24
                 Verizon Wireless,   Po Box 49,   Lakeland, FL 33802-0049
14300545        E-mail/Text: bankruptcy@firstenergycorp.com Nov 09 2018 02:31:23     West Penn Power,
                 P.O. Box 3687,   Akron, OH 44309-3687
14300546       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 09 2018 02:31:23     West Penn Power,
                 1310 Fairmont Avenue,   Fairmont, WV 26554-3526
14345172       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 09 2018 02:31:23     West Penn Power,
                 5001 NASA Blvd,   Fairmont WV 26554-8248
                                                                                               TOTAL: 22
```

```
District/off: 0315-2               User: jfur                Page 2 of 2                 Date Rcvd: Nov 08, 2018
                                   Form ID: 410              Total Noticed: 37


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Pacific Union Financial, LLC
cr*             +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
14313828*       +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
14373657*       +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
14313830*       +Autotrakk Llc,    1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
14313833*       +Colonial Acceptance Co,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
14313834*       +Comenity Bank/bon Ton,    3100 Easton Square Pl,    Columbus, OH 43219-6232
14313835*       +Credit Coll,    Po Box 607,    Norwood, MA 02062-0607
14313837*       +Credit Protection Asso,    13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
14313838*       +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
14313842*       +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14313844*       +Security Credit Servic,    2653 W Oxford Loop,    Oxford, MS 38655-5442
14313845*       +Trident Asst,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
14313847*       +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
14313848*        West Penn Power,    P.O. Box 3687,    Akron, OH 44309-3687
14313849*       +West Penn Power,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
                                                                                             TOTALS: 1, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor David D. Ednie ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Loretta L. Ednie ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```