## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:

|  |  |  |
|---|---|---|
| David D. Ednie and | : | Case No. 16-23728-JAD |
| Loretta L. Ednie, | : | Chapter 13 |
|     Debtors | : |  |
|  | : | Related to Doc. No. 73 |
| David D. Ednie, | : |  |
| S. S. No. xxx-xx-4654 | : |  |
|     Movant | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| Keystone Clearwater Solution | : |  |
|     Respondent | : |  |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER
ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 20, 2018, I served a copy of the above-captioned pleading and within Wage Attachment Order dated together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on: December 20, 2018     By:     /s/ Sharla Munroe
                                                                                     Sharla Munroe, Paralegal
                                                                                     McElrath Legal Holdings, LLC
                                                                                     1641 Saw Mill Run Boulevard
                                                                                     Pittsburgh, PA 15210
                                                                                     Tel: 412.765.3606
                                                                                     Fax: 412.765.1917

## MATRIX OF PARTIES SERVED

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

David D. and Loretta L. Ednie
PO Box 78
Merrittstown, PA 15463

Keystone Clearwater Solution
Attention Payroll Manager
601 Technology Drive Ste. 300
Canonsburg, PA 15317