**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| David D. Ednie and | : | Case No. 16-23728-JAD |
| Loretta L. Ednie, | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Doc. No. 85 |
| David D. Ednie, | : | |
| S. S. No. xxx-xx-4654 | : | Doc. # 86 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Keystone Clearwater Solution | : | |
| Respondent | : | |

**ORDER TO STOP PAYROLL DEDUCTION**

AND NOW, this 20th day of June, 2019, it is hereby ORDERED, ADJUDGED and DECREED that,

**Keystone Clearwater Solution**
**Attention Payroll Manager**
**601 Technology Drive Ste. 300**
**Canonsburg, PA 15317**

Is hereby ordered to immediately terminate the attachment of the wages of David D. Ednie, social security number xxx-xx-4654. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of David D. Ednie.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

BY THE COURT:

jsf

FILED
6/20/19 12:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Jeffery A. Deller
U. S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-23728-JAD
David D. Ednie                                                  Chapter 13
Loretta L. Ednie
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dkam              Page 1 of 1           Date Rcvd: Jun 21, 2019
                               Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2019.
db/jdb         +David D. Ednie,    Loretta L. Ednie,    PO Box 78,    Merrittstown, PA 15463-0078

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor David D. Ednie ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Loretta L. Ednie ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```