**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| David D. Ednie and | : | Case No. 16-23728-JAD |
| Loretta L. Ednie, | : | Chapter 13 |
| Debtors | : | |
| | : | Related to Doc. No. 89 |
| David D. Ednie, | : | |
| S. S. No. xxx-xx-4654 | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Tetra | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER
ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER**

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 24, 2019, I served a copy of the above-captioned pleading and within Wage Attachment Order dated together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on: June 24, 2019          By:    /s/ Sharla Munroe
                                          Sharla Munroe, Paralegal
                                          McElrath Legal Holdings, LLC
                                          1641 Saw Mill Run Boulevard
                                          Pittsburgh, PA 15210
                                          Tel: 412.765.3606
                                          Fax: 412.765.1917

## MATRIX OF PARTIES SERVED

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

David D. and Loretta L. Ednie
PO Box 78
Merrittstown, PA 15463

Tetra
ATTN: Payroll Manager
24955 I-45 North
Woodland TX 77380