Form 410

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**David D. Ednie**
**Loretta L. Ednie**
   Debtor(s)

Bankruptcy Case No.: 16–23728–JAD

Chapter: 13
Docket No.: 97 – 96
Concil. Conf.: February 20, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 30, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 13, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **February 20, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 13, 2019

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

Case 16-23728-JAD    Doc 98    Filed 11/15/19    Entered 11/16/19 00:54:50    Desc Imaged
                         Certificate of Notice    Page 3 of 4

```
United States Bankruptcy Court
Western District of Pennsylvania
```

In re:                                                                    Case No. 16-23728-JAD
David D. Ednie                                                            Chapter 13
Loretta L. Ednie
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur                  Page 1 of 2               Date Rcvd: Nov 13, 2019
                              Form ID: 410                Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
```
db/jdb         +David D. Ednie,    Loretta L. Ednie,    PO Box 78,    Merrittstown, PA 15463-0078
14313829       +Atlantic Broadband,    2200 Beale Avenue,    Altoona, PA 16601-1927
14313832       +Berkheimer,    41 Macek Drive,    Pittsburgh, PA 15227-3662
14313831       +Berkheimer,    50 North Seventh Street,    Bangor, PA 18013-1798
14300537      ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4805
               (address filed with court:  Credit Protection Asso,     13355 Noel Rd Ste 2100,
                 Dallas, TX 75240)
14361403       +H&R Block Bank,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14313839        Mon valley Hospital, Inc.,    1163 Country Club Road,    Monongahela, PA 15063-1095
14313840      ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                 COLUMBUS OH 43215-2410
               (address filed with court:  Nationwide Insurance,     1 Nationwide Plaza,    Columbus, OH 43215)
15027205       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
14300539       +Pacific Union Financia,    1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14313841       +Pacific Union Financial,    1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14368439       +Pacific Union Financial, LLC,    1603 LBJ Freeway, Ste 500,    Farmers Branch, TX 75234-6071
14313843       +Progressive Insurance,    6300 Wilson Mills Rd,    Mayfield Village, OH 44143-2182
14300541      #+Security Credit Servic,    2653 W Oxford Loop,    Oxford, MS 38655-2929
14300542       +Trident Asst,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
14313846       +Uniontown Hospital,    Financial Care Service,    500 West Berkley Street,
                 Uniontown, PA 15401-5514
14300543       +Usx Credit Union,    600 Grant St,    Pittsburgh, PA 15219-2702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 04:59:45
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2019 04:35:49
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14315430        E-mail/Text: ally@ebn.phinsolutions.com Nov 14 2019 04:31:44     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14300532       +E-mail/Text: ally@ebn.phinsolutions.com Nov 14 2019 04:31:44     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
14343411        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2019 04:35:59
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14328351       +E-mail/Text: bnc@atlasacq.com Nov 14 2019 04:31:48     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14300533       +E-mail/Text: aleasure@autotrakk.com Nov 14 2019 04:34:50     Autotrakk Llc,
                 1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
14300535       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 14 2019 04:32:13     Comenity Bank/bon Ton,
                 3100 Easton Square Pl,    Columbus, OH 43219-6232
14300536       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 14 2019 04:34:36     Credit Coll,
                 Po Box 607,    Norwood, MA 02062-0607
14313836       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 14 2019 04:35:46     Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14310615        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2019 04:38:23
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14300538       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2019 04:35:55     Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
14706746        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 04:35:45
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
14323136        E-mail/Text: bnc-quantum@quantum3group.com Nov 14 2019 04:32:23
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14301278        E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2019 04:36:58
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14300544       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 14 2019 04:31:31
                 Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
14300545        E-mail/Text: bankruptcy@firstenergycorp.com Nov 14 2019 04:33:23     West Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
14300546       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 14 2019 04:33:23     West Penn Power,
                 1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14345172       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 14 2019 04:33:23     West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                              TOTAL: 19
```

```
District/off: 0315-2          User: jfur                Page 2 of 2              Date Rcvd: Nov 13, 2019
                              Form ID: 410              Total Noticed: 36


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              Pacific Union Financial, LLC
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
14313828*      +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
14373657*      +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
14313830*      +Autotrakk Llc,    1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
14313837*     ++CREDIT PROTECTION ASSOCIATION LP,     PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4805
               (address filed with court: Credit Protection Asso,     13355 Noel Rd Ste 2100,
                 Dallas, TX 75240)
14313833*      +Colonial Acceptance Co,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
14313834*      +Comenity Bank/bon Ton,    3100 Easton Square Pl,    Columbus, OH 43219-6232
14313835*      +Credit Coll,    Po Box 607,    Norwood, MA 02062-0607
14313838*      +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
14313842*      +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14313844*      +Security Credit Servic,    2653 W Oxford Loop,    Oxford, MS 38655-2929
14313845*      +Trident Asst,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
14313847*      +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
14313848*       West Penn Power,    P.O. Box 3687,    Akron, OH 44309-3687
14313849*      +West Penn Power,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14300534       ##+Colonial Acceptance Co,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
14300540       ##+Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                                TOTALS: 2, * 15, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor David D. Ednie ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Loretta L. Ednie ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```