**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-23728-JAD |
| David D. Ednie and | : | |
| Loretta L. Ednie, | : | Chapter No. 13 |
| Debtors | : | |
| _____ | : | |
| Paul W. McElrath, Esquire / | : | Related to Docket No. 100 |
| McElrath Legal Holdings, LLC, | : | |
| Applicant | : | |
| vs. | : | Hearing Date and Time: |
| | : | March 4, 2020 at 10:00 AM |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION FILED AT DOCKET NO. 100

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on January 21, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than February 7, 2020.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: February 8, 2020                    By:    /s/ Paul W. McElrath
                                           Paul W. McElrath, Esquire
                                           PA I.D. #86220
                                           1641 Saw Mill Run Boulevard
                                           Pittsburgh, PA 15210
                                           (412) 765-3606
                                           Attorney for Debtor/Movant