# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** DAVID D. & LORETTA L. EDNIE
- **Case Number:** 16-23728-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, FEBRUARY 20, 2020 09:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matters:

1) #96 - Trustee's Certificate of Default to Dismiss
   R / M #: 96 / 0

2) #99 - Amended Plan Dated 1/9/2020 (FC)
   R / M #: 99 / 0

### Appearances:

- **Debtor:** McElrath
- **Trustee:** Winnecour / Pail / (Katz) / DeSimone
- **Creditor:**

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 3/26/20 3:00 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten notes:*

Debtor H lost his job. anticipated new job. However, no payment since 10/19.

Cont'd to see if payment made & for amended I & J to show new employment.

FILED
2020 FEB 21 A 11:29
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

2/13/2020  2:58:36PM