**Form RSC2 (Reschedule Conciliation/COD)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David D. Ednie
Loretta L. Ednie**
   Debtor(s)

Bankruptcy Case No.: 16–23728–JAD
Chapter: 13

## ORDER

    The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 26, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 20, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

Jeffery A. Deller
United States Bankruptcy Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                                   Case No. 16-23728-JAD
David D. Ednie                                                           Chapter 13
Loretta L. Ednie
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0315-2          User: llea                   Page 1 of 2                  Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db/jdb         +David D. Ednie,    Loretta L. Ednie,    PO Box 78,    Merrittstown, PA 15463-0078
14313829       +Atlantic Broadband,    2200 Beale Avenue,    Altoona, PA 16601-1927
14313831       +Berkheimer,    50 North Seventh Street,    Bangor, PA 18013-1798
14313832       +Berkheimer,    41 Macek Drive,    Pittsburgh, PA 15227-3662
14300537      ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4805
               (address filed with court:   Credit Protection Asso,    13355 Noel Rd Ste 2100,
                 Dallas, TX 75240)
14361403       +H&R Block Bank,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14313839        Mon valley Hospital, Inc.,    1163 Country Club Road,    Monongahela, PA 15063-1095
14313840      ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                 COLUMBUS OH 43215-2410
               (address filed with court:   Nationwide Insurance,    1 Nationwide Plaza,    Columbus, OH 43215)
15027205       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
14300539       +Pacific Union Financia,    1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14313841       +Pacific Union Financial,    1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14368439       +Pacific Union Financial, LLC,    1603 LBJ Freeway, Ste 500,    Farmers Branch, TX 75234-6071
14313843       +Progressive Insurance,    6300 Wilson Mills Rd,    Mayfield Village, OH 44143-2182
14300542       +Trident Asst,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
14313846       +Uniontown Hospital,    Financial Care Service,    500 West Berkley Street,
                 Uniontown, PA 15401-5514
14300543       +Usx Credit Union,    600 Grant St,    Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:17:32
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 21 2020 04:19:56
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14315430        E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2020 04:22:53     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14300532       +E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2020 04:22:53     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
14343411        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2020 04:20:17
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14328351       +E-mail/Text: bnc@atlasacq.com Mar 21 2020 04:22:58     Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
14300533       +E-mail/Text: aleasure@autotrakk.com Mar 21 2020 04:26:23     Autotrakk Llc,
                 1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
14300535       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 21 2020 04:23:31     Comenity Bank/bon Ton,
                 3100 Easton Square Pl,    Columbus, OH 43219-6232
14300536       +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 21 2020 04:26:16     Credit Coll,
                 Po Box 607,    Norwood, MA 02062-0607
14313836       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 21 2020 04:17:27     Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14310615        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2020 04:18:37
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14300538       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2020 04:18:37     Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
14706746        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:17:34
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14323136        E-mail/Text: bnc-quantum@quantum3group.com Mar 21 2020 04:23:54
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14301278        E-mail/PDF: rmscedi@recoverycorp.com Mar 21 2020 04:19:57
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14300544       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 21 2020 04:22:41
                 Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
14300545        E-mail/Text: bankruptcy@firstenergycorp.com Mar 21 2020 04:24:43     West Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
14300546       +E-mail/Text: bankruptcy@firstenergycorp.com Mar 21 2020 04:24:42     West Penn Power,
                 1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14345172       +E-mail/Text: bankruptcy@firstenergycorp.com Mar 21 2020 04:24:43     West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                             TOTAL: 19
```

```
District/off: 0315-2              User: llea                  Page 2 of 2                   Date Rcvd: Mar 20, 2020
                                  Form ID: RSCcon             Total Noticed: 35


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              Pacific Union Financial, LLC
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
14313828*      +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
14373657*      +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
14313830*      +Autotrakk Llc,    1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
14313837*      ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4805
                (address filed with court: Credit Protection Asso,      13355 Noel Rd Ste 2100,
                 Dallas, TX 75240)
14313833*      +Colonial Acceptance Co,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
14313834*      +Comenity Bank/bon Ton,    3100 Easton Square Pl,    Columbus, OH 43219-6232
14313835*      +Credit Coll,    Po Box 607,   Norwood, MA 02062-0607
14313838*      +Lvnv Funding Llc,    Po Box 10497,   Greenville, SC 29603-0497
14313842*      +Penn Credit,    916 S 14th St,   Harrisburg, PA 17104-3425
14313844*      +Security Credit Servic,    2653 W Oxford Loop,    Oxford, MS 38655-2929
14313845*      +Trident Asst,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
14313847*      +Verizon Wireless,    Po Box 49,   Lakeland, FL 33802-0049
14313848*       West Penn Power,    P.O. Box 3687,   Akron, OH 44309-3687
14313849*      +West Penn Power,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14300534      ##+Colonial Acceptance Co,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
14300540      ##+Penn Credit,    916 S 14th St,   Harrisburg, PA 17104-3425
14300541      ##+Security Credit Servic,    2653 W Oxford Loop,    Oxford, MS 38655-2929
                                                                                          TOTALS: 2, * 15, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               pabk@logs.com
              Michael John Clark    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               pabk@logs.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.   on behalf of Debtor David D. Ednie ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.   on behalf of Joint Debtor Loretta L. Ednie ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```