# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** DAVID D. & LORETTA L. EDNIE
- **Case Number:** 16-23728-JAD  **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 25, 2020 09:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
6/30/20 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Matters:

1) #96 - Trustee's Certificate of Default to Dismiss    *Dismissed*
   R / M #: 96 / 0

2) #99 - Amended Plan Dated 1/9/2020 (FC)
   R / M #: 99 / 0

## Appearances:

- Debtor: Zutz
- Trustee: **Winnecour** / Pail / Katz / DeSimone
- Creditor:

## Proceedings:

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. **✓** Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

*Debtor has no defense to dismissal*

6/22/2020    9:21:47AM