Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David D. Ednie** | : | Case No. 16−23728−JAD |
| **Loretta L. Ednie** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND
### TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 28th of July, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is **DISMISSED, *without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

                                                            Jeffery A. Deller
                                                          United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania

In re:                                                              Case No. 16-23728-JAD
David D. Ednie                                                      Chapter 13
Loretta L. Ednie
         Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: jfur                  Page 1 of 2           Date Rcvd: Jul 28, 2020
                              Form ID: 309                Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2020.
db/jdb         +David D. Ednie,    Loretta L. Ednie,    PO Box 78,    Merrittstown, PA 15463-0078
14313829       +Atlantic Broadband,    2200 Beale Avenue,    Altoona, PA 16601-1927
14313831       +Berkheimer,    50 North Seventh Street,    Bangor, PA 18013-1798
14313832       +Berkheimer,    41 Macek Drive,    Pittsburgh, PA 15227-3662
14300537      ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4805
                (address filed with court: Credit Protection Asso,    13355 Noel Rd Ste 2100,
                 Dallas, TX 75240)
14361403       +H&R Block Bank,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14313839        Mon valley Hospital, Inc.,    1163 Country Club Road,    Monongahela, PA 15063-1095
14313840      ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                 COLUMBUS OH 43215-2410
                (address filed with court: Nationwide Insurance,    1 Nationwide Plaza,    Columbus, OH 43215)
15027205       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
14300539       +Pacific Union Financia,    1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14313841       +Pacific Union Financial,    1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
14368439       +Pacific Union Financial, LLC,    1603 LBJ Freeway, Ste 500,    Farmers Branch, TX 75234-6071
14313843       +Progressive Insurance,    6300 Wilson Mills Rd,    Mayfield Village, OH 44143-2182
14300542       +Trident Asst,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
14313846       +Uniontown Hospital,    Financial Care Service,    500 West Berkley Street,
                 Uniontown, PA 15401-5514
14300543       +Usx Credit Union,    600 Grant St,    Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Jul 29 2020 08:13:00      PRA Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
cr              EDI: RECOVERYCORP.COM Jul 29 2020 08:13:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
14315430        EDI: GMACFS.COM Jul 29 2020 08:13:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
14300532       +EDI: GMACFS.COM Jul 29 2020 08:13:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
14343411        EDI: AIS.COM Jul 29 2020 08:13:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
14328351       +EDI: ATLASACQU Jul 29 2020 08:13:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14300533       +E-mail/Text: aleasure@autotrakk.com Jul 29 2020 04:29:18      Autotrakk Llc,
                 1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
14300535       +EDI: WFNNB.COM Jul 29 2020 08:13:00      Comenity Bank/bon Ton,    3100 Easton Square Pl,
                 Columbus, OH 43219-6232
14300536       +EDI: CCS.COM Jul 29 2020 08:13:00      Credit Coll,    Po Box 607,    Norwood, MA 02062-0607
14313836       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 29 2020 04:34:58       Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14310615        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2020 04:23:48
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14300538       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2020 04:24:25       Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
14706746        EDI: PRA.COM Jul 29 2020 08:13:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
14323136        EDI: Q3G.COM Jul 29 2020 08:13:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
14301278        EDI: RECOVERYCORP.COM Jul 29 2020 08:13:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14300544       +EDI: VERIZONCOMB.COM Jul 29 2020 08:13:00      Verizon Wireless,    Po Box 49,
                 Lakeland, FL 33802-0049
14300545        E-mail/Text: bankruptcy@firstenergycorp.com Jul 29 2020 04:28:55       West Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
14300546       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 29 2020 04:28:55       West Penn Power,
                 1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14345172       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 29 2020 04:28:55       West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              Pacific Union Financial, LLC
```

```
District/off: 0315-2           User: jfur               Page 2 of 2                Date Rcvd: Jul 28, 2020
                               Form ID: 309             Total Noticed: 35

cr*              +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
14313828*        +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
14373657*        +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
14313830*        +Autotrakk Llc,    1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
14313837*       ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                   PLANO TX 75093-4805
                 (address filed with court: Credit Protection Asso,     13355 Noel Rd Ste 2100,
                   Dallas, TX 75240)
14313833*        +Colonial Acceptance Co,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
14313834*        +Comenity Bank/bon Ton,    3100 Easton Square Pl,    Columbus, OH 43219-6232
14313835*        +Credit Coll,    Po Box 607,    Norwood, MA 02062-0607
14313838*        +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
14313842*        +Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14313844*        +Security Credit Servic,    2653 W Oxford Loop,    Oxford, MS 38655-2929
14313845*        +Trident Asst,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
14313847*        +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
14313848*         West Penn Power,    P.O. Box 3687,    Akron, OH 44309-3687
14313849*        +West Penn Power,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14300534        ##+Colonial Acceptance Co,    312 Fallowfield Ave,    Charleroi, PA 15022-1405
14300540        ##+Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14300541        ##+Security Credit Servic,    2653 W Oxford Loop,    Oxford, MS 38655-2929
                                                                                TOTALS: 2, * 15, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Pacific Union Financial, LLC jgoldman@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           pabk@logs.com
          Michael John Clark    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor David D. Ednie ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Loretta L. Ednie ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```