**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID D. EDNIE<br>LORETTA L. EDNIE<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:16-23728 JAD<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 10/04/2016 and confirmed on 03/02/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 36,066.53 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 36,066.53 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,350.73 | |
| 　Trustee Fee | 1,563.08 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,913.81 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 16,441.34 | 0.00 | 16,441.34 |
| 　　Acct: 9789 | | | | |
| 　NATIONSTAR MORTGAGE LLC D/B/A MR C | 4,615.80 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 9789 | | | | |
| 　ATLAS ACQUISITIONS LLC - AS ASSIGNEE | 493.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: XQMH | | | | |
| 　PRA RECEIVABLES MANAGEMENT LLC - A | 0.00 | 14,711.38 | 0.00 | 14,711.38 |
| 　　Acct: 9196 | | | | |
| 　PRA RECEIVABLES MANAGEMENT LLC - A | 944.07 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 9196 | | | | |
| | | | | 31,152.72 |
| **Priority** | | | | |
| 　PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　DAVID D. EDNIE | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 3,600.00 | 3,350.73 | 0.00 | 0.00 |
| Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 1,250.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX1/20 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AUTO TRAKK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8905 | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLONIAL ACCEPTANCE CO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2661 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 304.08 | 0.00 | 0.00 | 0.00 |
| Acct: 0215 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4297 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1487 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1277 | | | | |
| CREDIT PROTECTION ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8791 | | | | |
| CREDIT PROTECTION ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4460 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 705.81 | 0.00 | 0.00 | 0.00 |
| Acct: 3762 | | | | |
| PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2430 | | | | |
| PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1360 | | | | |
| TRIDENT ASSET++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6241 | | | | |
| UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 1,357.97 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WEST PENN POWER* | 5,495.90 | 0.00 | 0.00 | 0.00 |
| Acct: 3280 | | | | |
| H & R BLOCK BANK | 1,047.19 | 0.00 | 0.00 | 0.00 |
| Acct: 6021 | | | | |
| ORION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ATLANTIC BROADBAND* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MONONGAHELA VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONWIDE INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|    PROGRESSIVE INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|    WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

\*\*\*N O N E\*\*\*

**TOTAL PAID TO CREDITORS**     31,152.72

TOTAL CLAIMED
PRIORITY     0.00
SECURED     6,052.87
UNSECURED     8.910.95

Date: 09/04/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com